THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JESUS MEJIA OLIVAS,

        Plaintiff,

   v.

CAROLYN W. COLVIN, *Acting Commissioner of Social Security*,

        Defendant.

CASE NO. C13-1304-JCC

ORDER

This matter comes before the Court on the Report and Recommendation (Dkt. No. 17) of the Honorable Brian A. Tsuchida, to which Plaintiff has filed no objections. Upon consideration of Plaintiff's complaint, the Report and Recommendation, and the balance of the record, the Court hereby ORDERS:

(1)     The Report and Recommendation is ADOPTED (Dkt. No. 17);

(2)     The Commissioner's final decision is AFFIRMED and this case is DISMISSED with prejudice;

(3)     The Clerk shall provide a copy of this Order to the parties and to Judge Tsuchida.

//

//

//

//

1   DATED this 8th day of April 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2